In the Matter of HUNTINGTON WOODWORKERS, INC., Bankrupt. Richard W. HAWKINS, Petitioner.

(Circuit Court of Appeals, Second Circuit. November 9, 1926.)

No. 58.

Petition to Revise Order of the District Court of the United States for the Eastern District of New York.

Archibald Palmer, of New York City (M. L. Rosenstein, of New York City, of counsel), for petitioner.

Hovell, McChesney & Clarkson, of New York City (S. A. Clarkson, Albert A. Hovell, and Harry W. McChesney, all of New York City, of counsel), for respondent.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order (15 F.[2d] 876) affirmed in open court.